Fill in this information to identify the case:

Debtor 1: Odnetta Nicole Harvey

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of MS (State)

Case number: 22-02513

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Trustmark Bank

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 3 9 3 6

Date of payment change:
Must be at least 21 days after date of this notice: 04/01/2026

New total payment: $ 1157.47
Principal, interest, and escrow, if any
For HELOC payment amounts, see Part 3

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 438.84      New escrow payment: $ 584.94

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   - ☒ No
   - ☐ Yes.

   Current HELOC payment: $ _____

   Reconciliation amount: + $ _____ or
                          − $ _____

Official Form 410S1                 Notice of Mortgage Payment Change                 page 1

| Debtor 1 | Odnetta Nicole Harvey | Case number (if known) 22-02513 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

Amount of next payment (including reconciliation amount)      $ _____

Amount of the new payment thereafter (without reconciliation amount)      $ _____

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**×** _/s/ Brian Germany_     Date 02/26/2026

Signature

| Print: | Brian | | Germany | Title | Bankruptcy Analyst |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: Trustmark Bank

Address: PO Box 522
Number  Street

Jackson     MS     39205
City     State     ZIP Code

Contact phone (601) 208-4965     Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT**   376   2/26/2026  9:33:56 AM ET   PFSP342

| | | | |
|---|---|---|---|
| Account No | Statement: Type | ANNUAL    Date | 02/17/26 |
| SHORTAGE WAS SPREAD | BKR | | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 5838.82 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 486.56 | Cushion   C-1/6 | 806.16 |
| Cycle | 04/01/26 - 03/31/27 | RESPA Max 1/6 Cushion | 806.16 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1011.37 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 03/27 | Anticipated Bal   -374.49 | Required Bal | 806.16 |
| SHORTAGE   -1180.65 | DEFICIENCY   -374.39 | | |
| Current Escrow Shortage   -1180.65 | | Percentage of Change | 33.2923% |
| EA Shortage Spread Used   12 | | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 04/01/26 - |
|---|---|---|
| 572.53 | PRINCIPAL & INTEREST | 572.53 |
| 438.84 | ESCROW | 486.56 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 98.38 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING  (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1011.37 | TOTAL BORROWER PAYMENT | 1157.47 |

Message:                                              OK                                              MORE...

```
ANALYSIS/REVIEW - PROJECTION STATEMENT  376    2/26/2026  9:34:05 AM ET    PFSP344

+---------------------------Trial  Balance  Detail  ----------------------------+
|   -- To  Escrow  --          -- From  Escrow  --     ---- Escrow  Balance ----|
|  Month      Antciptd   Cpindex    Antciptd     Desc       ANTCIPTD   Required |
|                         STARTING BALANCE =>      -374.39      806.26          |
|  04/26      486.56       .00       83.48     FHA RI         28.69    1209.34  |
|  05/26      486.56       .00       83.48     FHA RI        431.77    1612.42  |
|  06/26      486.56       .00       83.48     FHA RI        834.85    2015.50  |
|  07/26      486.56       .00       83.48     FHA RI       1237.93    2418.58  |
|  08/26      486.56       .00       83.48     FHA RI       1641.01    2821.66  |
|  09/26      486.56       .00       83.48     FHA RI       2044.09    3224.74  |
|  10/26      486.56       .00       83.48     FHA RI       2447.17    3627.82  |
|  11/26      486.56       .00       83.48     FHA RI       2850.25    4030.90  |
|  12/26      486.56       .00       83.48     FHA RI          .00        .00   |
|              .00         .00     2614.06     COUNTY        639.27    1819.92  |
|  01/27      486.56       .00       83.48     FHA RI       1042.35    2223.00  |
|  02/27      486.56       .00       83.48     FHA RI       1445.43    2626.08  |
|  03/27      486.56       .00     2223.00     HAZARD         .00        .00    |
|              .00         .00       83.48     FHA RI       -374.49     806.16  |
+-------------------------------------------------------------------------------+


Message:   CLICK RETURN TO EXIT                        OK                              BOTTOM
```

## CERTIFICATE OF SERVICE

I, Brian Germany, do herby certify that I have on this 26th day of February 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Final Cure Payment to the Case Trustee, Debtor(s),

Harold J. Barkley, Jr.
HJB@HBarkley13.com

Brian Germany
P.O. Box 291
Jackson, MS 39205

Odnetta Nicole Harvey

112 Fox Meadows Rd

Jackson, MS 39212


Thomas Carl Rollins, Jr
trollins@therollinsfirm.com